UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ZULAIKA DELGADO,

                Plaintiff,

**Index No.:** 1:19-cv-00927-ALC

                -against-

**NOTICE OF WITHDRAWAL OF COUNSEL SETH ASHER NADLER, ESQ. ATTORNEY FOR PLAINTIFF**

OSM AVIATION, INC. and
NORWEGIAN AIR SHUTTLE ASA,

                Defendants.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Seth Asher Nadler, Esq. hereby withdraws his appearance as counsel for Plaintiff Zulaika Delgado due to a breakdown in the attorney-client relationship. Plaintiff has been notified of all deadlines in this matter and has decided to pursue her case *pro se* with this Court.

Dated: New York, New York
August 13, 2019

/s/ Seth Nadler_____
Seth Asher Nadler, Esq.
Imbesi Law PC
1501 Broadway, Suite 1915
New York, NY 10036
Telephone: (646) 767-2270
seth@lawicm.com

CC:

*Defendants copied via ECF*