USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ZULAIKA DELGADO,

        Plaintiff,

  -against-

OSM AVIATION, INC. and NORWEGIAN AIR SHUTTLE ASA,

        Defendants.

------------------------------------------------------------x

19-CV-927 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:  February 4, 2020
     New York, New York

                 _/s/ Andrew L. Carter, Jr._
                 HON. ANDREW L. CARTER, JR.
                 United States District Judge